# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CITY OF TAMPA,

        **Plaintiff,**

      **v.**                        **Case No. 26-C-1120**

REV GROUP, LLC, et al.,

        **Defendants.**

---

**IN RE: FIRE APPARATUS ANTITRUST LITIGATION**     **Case No. 26-MD-3179**

---

## ORDER CONSOLIDATING CASE

---

The above-referenced case, 26-C-1120, is related to 26-MD-3179, IN RE: Fire Apparatus Antitrust Litigation, a multi-district litigation (MDL) case recently transferred to this court. The Court concludes that consolidation of 26-C-1120 with 26-MD-3179 will avoid duplicative efforts by the parties and promote judicial efficiency and economy.

**IT IS THEREFORE ORDERED** that case number 26-C-1120 be consolidated with 26-MD-3179.

Dated at Green Bay, Wisconsin this  25th  day of June, 2026.

                                      _____
                                      William C. Griesbach
                                      United States District Judge